ROBERT BUSBY *v.* WILLIAM GRAYHAM.

Under the statutes relating to proceedings in actions of forcible entry or unlawful detainer, the party aggrieved may take his appeal at any time within five days after judgment is rendered.

An appeal taken after a final judgment in such a case, is not a matter which

Busby *v.* Grayham.

can appear of record; and it is sufficient if the appeal bond appear to have been executed and approved within five days after the rendition of the judgment.

IN error from the circuit court of Lafayette county; Hon. Hugh R. Miller, judge.

This was a motion made and sustained in the court below to dismiss an action of unlawful detainer, because it did not appear in the record that an appeal had been taken in the case to the circuit court.

*H. A. Barr* for appellant,

Contended, in actions like this an appeal bond may be taken any time within five days from the day of the rendition of the judgment, and, consequently, an appeal taken any day after the day judgment was rendered, cannot appear upon the record of the justices' court. The last act of the court in such a case is the rendition of the judgment, and then court is adjourned, and the clerk is only authorized to keep a record during the proceedings of the court.

*Howry* and *Hayes* for appellee,

In reply, contended the decision of the court below was correct, and that the appeal was part of the record. To sustain that position cited Hutch. Code, 815, § 10; *O'Reilly* v. *Zollicoffer*, 4 Yerg. 298; 3 Ib. 487.

Mr. Justice FISHER delivered the opinion of the court.

The court below on motion dismissed the cause, on the ground that it did not appear by the record of the proceedings before the justices of the peace that an appeal had been prayed and taken in court.

Under the various statutes relating to proceedings in actions of forcible entry or unlawful detainer, the party aggrieved may take his appeal at any time within five days after judgment. The court having been convened for a special purpose, can make no record of proceedings after the final judgment; and hence the appeal taken after such adjournment is not matter which can appear of record.

It is sufficient, if the appeal bond appear to have been executed and approved within the five days after the rendition of the judgment.

Judgment reversed, and cause remanded.